UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LISA J. SCHAFER,

    Plaintiff,

v.

                                      Case No. 1:17-cv-233

ALLIED INTERSTATE, LLC, et al.,        HON. JANET T. NEFF

    Defendants.
_____/

## ORDER TO STRIKE

On June 18, 2018, Plaintiff filed an Amended Complaint (ECF No. 64). Because Plaintiff failed to comply with Rule 15(a)(2) of the Federal Rules of Civil Procedure, Plaintiff's Amended Complaint is improperly filed and should be stricken. Therefore,

**IT IS HEREBY ORDERED** that Plaintiff's Amended Complaint (ECF No. 64) is STRICKEN.

Dated: June 19, 2018                                    /s/ Janet T. Neff
                                                               JANET T. NEFF
                                                               United States District Judge