## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

LISA J. SCHAFER, individually
and on behalf of similarly situated persons,

        Plaintiff,

  v.

ALLIED INTERSTATE LLC,
LVNV FUNDING LLC, and
RESURGENT CAPITAL SERVICES L.P.,

        Defendants.
_____/

**Case No. 17-cv-233**

**Hon. Janet T. Neff**

**Magistrate Judge Ellen S. Carmody**

### CERTIFICATE OF SERVICE

I, Curtis C. Warner, counsel for Plaintiff, hereby certify that on **January 2, 2019,** I sent via email to the counsel of record for Defendants, a copy of the Plaintiff's Motion for Summary Judgment with Plaintiff's Statement of Material Facts and Exhibits and Memorandum in Support.

James A. Rolfes (IL SBN 6200271)
Christopher R. Murphy (IL SBN 6302607)
**REED SMITH LLP**
10 South Wacker Drive, 40th Floor
Chicago, Illinois  60606

                /s/ Curtis C. Warner
                  Curtis C. Warner

| | |
|---|---|
| Curtis C. Warner (P59915) | B. Thomas Golden (P70822) |
| WARNER LAW FIRM, LLC | GOLDEN LAW OFFICES, P.C. |
| 350 S. Northwest HWY., Ste. 300 | 318 E. Main St., Ste. L, P.O. Box 9 |
| Park Ridge, IL 60068 | Lowell, Michigan 49331 |
| (847) 701-5290 | (616) 897-2900 |
| cwarner@warner.legal | btg@bthomasgolden.com |