UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN


LISA J. SCHAFER ,

      Plaintiff,

v.                                  Hon. Janet T. Neff

ALLIED INTERSTATE LLC , et al.,           Case No. 1:17-cv-00233

      Defendants.


**ORDER**

The Court has been informed of the parties' agreement to settle this matter and hereby

orders that appropriate stipulated dismissal papers, prepared for entry by United States District

Judge Janet T. Neff, shall be filed with the Court by October 6, 2020.

IT IS SO ORDERED.

Dated: September 8, 2020                 /s/ Sally J. Berens
                                       SALLY J. BERENS
                                       U.S. Magistrate Judge